DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL GOODING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1381

————————————————

March 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Thomas Palermo, Judge.

Michael Gooding, pro se.

PER CURIAM.

　　　Affirmed.

LaROSE, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.